IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| TERRY R. BEHRENS, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 110882N |
| | ) | |
| v. | ) | |
| | ) | |
| MARION COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on Plaintiff's verbal request to withdraw this appeal, conveyed to a court operations team member in a telephone call on July 21, 2011. During the July 21, 2011, telephone call, a member of the court operations team asked Plaintiff to put his request in writing to the court. A member of the court operations team contacted Plaintiff again on July 27, 2011, and left a message requesting Plaintiff to put his request to withdraw in writing. A court operations team member left a second message asking Plaintiff to put his request to withdraw in writing on August 5, 2011. As of the date of this decision, the court has received no further communication from Plaintiff. Under such circumstances, the court finds Plaintiff's appeal should be dismissed. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of December 2011.

_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*
*This document was signed by Magistrate Pro Tempore Allison R. Boomer on December 30, 2011. The Court filed and entered this document on December 30, 2011.*